**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  AMANDA A. ANGARITA | : | Chapter 13 |
| | : | |
| Debtor | : | No. 15-10693-ref |

| | | |
|---|---|---|
| AMANDA A. ANGARITA | : | |
| | : | Adversary No. 16-00214-ref |
| Plaintiffs | : | |
| vs. | : | |
| | : | |
| BANK OF AMERICA, N.A. | : | |
| Defendants | : | |

### CERTIFICATE OF SERVICE

I, **Susan L. Bennett,** certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the summons and a copy of the Complaint for Determination of Secured Status and proposed Order in the above-captioned action, was made on July 15, 2016, by first-class mail, postage prepaid and certified mail, addressed as follows:

Bank of America, N.A.
100 North Tryon Street
Charlotte, North Carolina 28202

Bank of America, N.A.
P.O. Box 5170
Simi Valley, CA 93062

I further certify that the summons and a copy of the Complaint for Determination of Secured Status and proposed Order in the above-captioned matter was served in accordance with the Federal Rules of Civil Procedures on July 15, 2016, addressed to Legal Order Processing and upon the Chief Financial Officer of the Defendant, Bank of America, N.A., by certified mail, return receipt requested and by first class mail, addressed as follows:

Bank of America, N.A.
Legal Order Processing
P.O. Box 15047
Wilmington, DE 19850-5047

Case 15-10693-ref    Doc 60    Filed 07/15/16    Entered 07/15/16 15:52:46    Desc Main
Document      Page 2 of 2

Brian Moynihan, Chief Financial Officer
150 N. College St.
NC1-028-17-06
Charlotte, NC 28255

      I further certify that the summons and a copy of the Complaint for Determination of Secured Status and proposed Order in the above-captioned matter were served by ECF and/or first class mail, addressed as follows:

Frederick L. Reigle, Esquire
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606-0410

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107

Joshua I. Goldman, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106

Amanda A. Angarita
701-705 Atlantic Street
Bethlehem, PA  1815

| | |
|---|---|
| July 15, 2016 | /s/ Susan L. Bennett |
| Dated | Susan L. Bennett |
| | Lightner Law Offices, P.C. |
| | 4652 Hamilton Blvd. |
| | Allentown, PA 18103 |