UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Amanda A. Angarita aka                                    Bky. Case No.15-10693
       Amanda Arias Angarita

Date: July 18, 2016

To:   THOMAS L. LIGHTNER, ESQ.

## NOTICE OF INACCURATE FILING

Summons Service Executed

The above pleading was filed in this office on July 15, 2016.  Please be advised that the following document(s) filed contains a deficiency as set forth below:

    ( )    Pleading is not electronically signed
    ( )    Debtors' Case Number does not match case listed
    ( )    Debtor's name and/or case number (is) are missing
    ( )    Incorrect PDF document(s) attached
    ( )    PDF document  not legible
    **(X)**    **Pleadings(s) must be re-filed as to the Adversary Case only to correct error**
    ( )    Documents docketed on incorrect case
    ( )    Other: Caption reads incorrectly regarding answer to complaint

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **Angie_Macklen@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk of Court

By: *s/Angela M. Macklen*
Deputy Clerk

CM-ECF 14 day notice.frm
4/10/03