United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-10693-ref
Amanda A. Angarita                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith     Page 1 of 1     Date Rcvd: Sep 23, 2016
                      Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2016.
13624769     +Christiana Trust, a division of Wilmington Savings,     314 S. Franklin Street,     Titusville, PA 16354-2168

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2016                                          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2016 at the address(es) listed below:
       DANIEL BRETT SULLIVAN    on behalf of Creditor    U.S. Bank National Association    BNCmail@w-legal.com, DanS@w-legal.com
       EMMANUEL J. ARGENTIERI    on behalf of Creditor    US Bank, NA as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com
       FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
       HARRY B. REESE    on behalf of Creditor    THE BANK OF NEW YORK MELLON jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;harry.reese@pkallc.com
       JILL MANUEL-COUGHLIN    on behalf of Creditor    THE BANK OF NEW YORK MELLON jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
       JILL MANUEL-COUGHLIN    on behalf of Creditor    The Bank of New York Mellon, Et Al... jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
       LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
       LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
       ROBERT MICHAEL KLINE    on behalf of Creditor    Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 5 Pacer@squirelaw.com, rmklinelaw@aol.com
       THOMAS L. LIGHTNER    on behalf of Plaintiff Amanda A. Angarita tlightner@lightnerlaw.com
       THOMAS L. LIGHTNER    on behalf of Debtor Amanda A. Angarita tlightner@lightnerlaw.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                    TOTAL: 14

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-10693-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Amanda A. Angarita
701-705 Atlantic Street
Bethlehem PA 18015

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/22/2016.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: Christiana Trust, a division of Wilmington Savings, 314 S. Franklin Street, Titusville, PA 16354 | US Bank, NA as Legal Title Trustee for Truman 2012 SC2 Title Trust<br>c/o Rushmore Loan Management Services<br>PO Box 52708<br>Irvine, CA 92619 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/25/16

Tim McGrath
**CLERK OF THE COURT**