IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  AMANDA A. ANGARITA | : | CHAPTER 13 |
| | : | |
| DEBTOR | : | 15-10693 |

## CERTIFICATE OF SERVICE

I, Susan L. Bennett, being duly sworn according to law, depose and say that I served a true and correct copy of **Amended Schedules I & J and Debtor's First Amended Chapter 13 Plan**, upon the parties listed below, by first-class mail and/or electronic notification on this 30th day of September, 2016:

Frederick Reigle, Trustee
2901 St. Lawrence Avenue
PO Box 4010
Reading, PA 19606-0410

Amanda Angarita
701-705 Atlantic Street
Bethlehem, PA  18015

ALL CREDITORS AS THEY APPEAR ON THE CLAIMS REGISTRY AND THOSE WHOM HAVE REQUESTED NOTICE.

Dated:  September 30, 2016                                  /s/ Susan L. Bennett
                                                                             Susan L. Bennett, Paralegal to
                                                                             Thomas L. Lightner, Esquire
                                                                             Lightner Law Offices
                                                                             4652 Hamilton Blvd.
                                                                             Allentown, PA 18103