UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>AMANDA A. ANGARITA<br>A/K/A AMANDA ARIAS ANGARITA<br>xxx-xx-6230<br>　　　　Debtor, | :<br>:<br>:<br>:<br>:CHAPTER 13<br>:CASE NO. 15-10693/REF<br>: |
| U.S. Bank National Association as<br>Legal Title Trustee for Truman 2016<br>SC6 Title Trust<br>　　　　Movant,<br>v.<br><br>AMANDA A. ANGARITA<br>　　　　Debtor,<br>And<br><br>FREDERICK L. REIGLE, ESQUIRE<br>　　　　Trustee<br><br>　　　　Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:Court Room 1<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION RESOLVING RELIEF MOTION

THIS matter being opened to the Court by Emmanuel J. Argentieri of the law office of Romano Garubo & Argentieri, counsel for the secured creditor, US Bank NA as Legal Title Trustee for Truman 2016 SC6 Title Trust, (hereinafter "Movant"), upon a motion (Document Number 67) for relief from the automatic stay as to real property, more commonly known as 407-409 VINE STREET, #1S, BETHLEHEM, PENNSYLVANIA 18015; and Debtor, Amanda Angarita, through her counsel Thomas Lightner, having filed

opposition thereto; and it appearing that the parties have resolved their differences and for good cause shown;

1. Debtor's post-petition mortgage arrearages due to Movant through May 1, 2017 total $23,961.49. This amount includes reimbursement of attorney fees incurred by Movant in the prosecution of its motion for relief from stay ($850 fee and $181 cost = $1031.00).

2. The aforesaid arrearages ($23,961.49) shall be rolled into Debtor's Chapter 13 plan as an administrative claim and shall be paid to Movant over the remaining term of Debtor's plan.

3. The Trustee shall adjust his records to reflect the increased amount due to Movant pursuant to this order and pay said increased claim to Movant in normal course.

4. Commencing with the June 1, 2017 post-petition mortgage payment and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtor shall remit payments directly to Movant as same come due. The April 1, 2017 post-petition payment totals $1,769.98 which represents $1,331.96 p&i; $339.19 taxes; and $98.83 ins.

5. If the case is converted to a Chapter 7 proceeding, then the Movant shall file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay.

6. If any of the regular monthly mortgage payments commencing after the cure of the post-petition delinquency are more than thirty (30) days late, Movant may send Debtor a written notice of default of this Stipulation. If the default is not cured within ten (10) days

of the date of the notice, counsel for the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay as to the mortgaged property herein.

The undersigned hereby consent to the form and entry of the within order

_____
Emmanuel J. Argentieri, Esquire
Attorney for Movant

Date: 5/8/17

_____
Thomas I. Lightner
Attorney for Debtor

Date:

_____
Frederick L. Reigle
Chapter 13 Trustee

Date: 5/11/17

AND NOW, this _____ day of _____, 2017, it is hereby ORDERED that the foregoing Stipulation is approved, shall be, and is made an Order of this Court.

_____
Honorable Richard E. Fehling
U.S. Bankruptcy Judge, Eastern District of Pennsylvania

(Page three of three)