United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Amanda A. Angarita  
    Debtor

Case No. 15-10693-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Angela    Page 1 of 1    Date Rcvd: May 15, 2017  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2017.
db          +Amanda A. Angarita,    701-705 Atlantic Street,    Bethlehem, PA 18015-3607

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2017           Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2017 at the address(es) listed below:
       DANIEL BRETT SULLIVAN    on behalf of Creditor    U.S. Bank National Association  BNCmail@w-legal.com, DanS@w-legal.com
       EMMANUEL J. ARGENTIERI    on behalf of Creditor    US Bank, NA as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com
       FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
       HARRY B. REESE    on behalf of Creditor    THE BANK OF NEW YORK MELLON harry.reese@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com
       JILL MANUEL-COUGHLIN    on behalf of Creditor    THE BANK OF NEW YORK MELLON jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
       JILL MANUEL-COUGHLIN    on behalf of Creditor    The Bank of New York Mellon, Et Al... jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
       KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC, et al pa-bk@logs.com
       LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
       LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
       ROBERT MICHAEL KLINE    on behalf of Creditor    Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 5 Pacer@squirelaw.com, rmklinelaw@aol.com
       THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
       THOMAS L. LIGHTNER    on behalf of Plaintiff Amanda A. Angarita tlightner@lightnerlaw.com, sbennett@lightnerlaw.com
       THOMAS L. LIGHTNER    on behalf of Debtor Amanda A. Angarita tlightner@lightnerlaw.com, sbennett@lightnerlaw.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                          TOTAL: 16

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| AMANDA A. ANGARITA | : |
| A/K/A AMANDA ARIAS ANGARITA | : |
| xxx-xx-6230 | :CHAPTER 13 |
|     Debtor, | :CASE NO. 15-10693/REF |
| | : |
| | : |
| U.S. Bank National Association as | : |
| Legal Title Trustee for Truman 2016 | : |
| SC6 Title Trust | : |
|     Movant, | : |
| v. | : |
| | :Court Room 1 |
| AMANDA A. ANGARITA | : |
| | : |
|     Debtor, | : |
| And | : |
| | : |
| FREDERICK L. REIGLE, ESQUIRE | : |
|     Trustee | : |
| | : |
|     Respondents. | : |
| | : |

## STIPULATION RESOLVING RELIEF MOTION

THIS matter being opened to the Court by Emmanuel J. Argentieri of the law office of Romano Garubo & Argentieri, counsel for the secured creditor, US Bank NA as Legal Title Trustee for Truman 2016 SC6 Title Trust, (hereinafter "Movant"), upon a motion (Document Number 67) for relief from the automatic stay as to real property, more commonly known as 407-409 VINE STREET, #1S, BETHLEHEM, PENNSYLVANIA 18015; and Debtor, Amanda Angarita, through her counsel Thomas Lightner, having filed

opposition thereto; and it appearing that the parties have resolved their differences and for good cause shown;

1. Debtor's post-petition mortgage arrearages due to Movant through May 1, 2017 total $23,961.49. This amount includes reimbursement of attorney fees incurred by Movant in the prosecution of its motion for relief from stay ($850 fee and $181 cost = $1031.00).

2. The aforesaid arrearages ($23,961.49) shall be rolled into Debtor's Chapter 13 plan as an administrative claim and shall be paid to Movant over the remaining term of Debtor's plan.

3. The Trustee shall adjust his records to reflect the increased amount due to Movant pursuant to this order and pay said increased claim to Movant in normal course.

4. Commencing with the June 1, 2017 post-petition mortgage payment and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtor shall remit payments directly to Movant as same come due. The April 1, 2017 post-petition payment totals $1,769.98 which represents $1,331.96 p&i; $339.19 taxes; and $98.83 ins.

5. If the case is converted to a Chapter 7 proceeding, then the Movant shall file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay.

6. If any of the regular monthly mortgage payments commencing after the cure of the post-petition delinquency are more than thirty (30) days late, Movant may send Debtor a written notice of default of this Stipulation. If the default is not cured within ten (10) days

of the date of the notice, counsel for the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay as to the mortgaged property herein.

The undersigned hereby consent to the form and entry of the within order

_____
Emmanuel J. Argentieri, Esquire
Attorney for Movant                                  Date: 5/8/17

_____
Thomas L. Lightner
Attorney for Debtor                                  Date:

_____
Frederick L. Reigle
Chapter 13 Trustee                                   Date: 5/11/17

AND NOW, this _____ day of _____, 2017, it is hereby ORDERED that the foregoing Stipulation is approved, shall be and is made an Order of this Court.

**Date: May 15, 2017**

_____
Honorable Richard E. Fehling
U.S. Bankruptcy Judge, Eastern District of Pennsylvania

(Page three of three)