IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Amanda A. Angarita aka Amanda Arias Angarita,<br>    Debtor. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>15-10693/REF |
| Nationstar Mortgage LLC as servicer for U.S. Bank National Association, as Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1,<br>    Movant,<br>v.<br>Amanda A. Angarita aka Amanda Arias Angarita,<br>    Debtor, | 11 U.S.C. § 362 |
| Frederick L. Reigle, Trustee,<br>   Additional Respondent. | |

**O R D E R**

AND NOW, this _____ day of _____, 2018, after notice to all required parties and certification of default under the terms of this Court's Order of November 6, 2015 it is

ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with, or to resume proceedings relating to 701-703 Atlantic Street, Bethlehem, PA 18015

**Date: July 2, 2018**    BY THE COURT:

_____
HONORABLE RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE