United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Amanda A. Angarita  
    Debtor

Case No. 15-10693-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: SaraR    Page 1 of 1    Date Rcvd: Jul 02, 2018  
                  Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2018.
```
db         +Amanda A. Angarita,    701-705 Atlantic Street,    Bethlehem, PA 18015-3607
cr         +BANK OF AMERICA, N.A.,    2380 Performance Drive,    RICHARDSON, TX 75082-4333
cr         +U.S. Bank National Association,    c/o Nationstar Mortgage, LLC,    PO Box 619096,
             Dallas, TX 75261-9096
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2018            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2018 at the address(es) listed below:
```
          DANIEL BRETT SULLIVAN    on behalf of Creditor    U.S. Bank National Association
           BNCmail@w-legal.com,  DanS@w-legal.com
          EMMANUEL J. ARGENTIERI    on behalf of Creditor    US Bank, NA as Legal Title Trustee for Truman
           2016 SC6 Title Trust bk@rgalegal.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          HARRY B. REESE    on behalf of Creditor    THE BANK OF NEW YORK MELLON harry.reese@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.r
           aynor-paul@pkallc.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor    The Bank of New York Mellon, Et Al...
           jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor    THE BANK OF NEW YORK MELLON jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KEVIN M. BUTTERY    on behalf of Creditor    U.S. Bank National Association bkyefile@rasflaw.com
          KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC, et al pa-bk@logs.com
          LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          ROBERT MICHAEL KLINE    on behalf of Creditor    Christiana Trust, a Division of Wilmington Savings
           Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 5
           Pacer@squirelaw.com,  rmklinelaw@aol.com
          THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          THOMAS L. LIGHTNER    on behalf of Debtor Amanda A. Angarita tlightner@lightnerlaw.com,
           sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
          THOMAS L. LIGHTNER    on behalf of Plaintiff Amanda A. Angarita tlightner@lightnerlaw.com,
           sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 17
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Amanda A. Angarita aka Amanda Arias Angarita,<br>    Debtor. | CHAPTER 13 |
| Nationstar Mortgage LLC as servicer for U.S. Bank National Association, as Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1,<br>    Movant,<br>v.<br>Amanda A. Angarita aka Amanda Arias Angarita,<br>    Debtor,<br><br>Frederick L. Reigle, Trustee,<br>  Additional Respondent. | BANKRUPTCY CASE NUMBER 15-10693/REF<br><br>11 U.S.C. § 362 |

**O R D E R**

AND NOW, this _____ day of _____, 2018, after notice to all required parties and certification of default under the terms of this Court's Order of November 6, 2015 it is

ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with, or to resume proceedings relating to 701-703 Atlantic Street, Bethlehem, PA 18015

**Date: July 2, 2018**

BY THE COURT:

_____
HONORABLE RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE