**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Amanda A. Angarita, aka Amanda Arias Angarita<br><br>Debtor(s)<br><br>THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-20CB), c/o Bayview Loan Servicing, as Servicer<br>Movant<br>v.<br>Amanda A. Angarita, aka Amanda Arias Angarita<br>and<br>William C. Miller, Esquire<br>Respondents | 15-10693 REF<br><br>Chapter 13 Proceeding<br><br>Hearing Date:  08/01/2018 at 9:30am |

**CERTIFICATE OF NO RESPONSE**
**TO MOTION FOR RELIEF**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on July 11, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **07/26/2018**.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

                                                  Respectfully submitted,
                                                  POWERS KIRN &ASSOCIATES, LLC

By:    **/s/ Harry B. Reese, Esquire**
         By:  Harry B. Reese
         Attorney ID #      310501
         Eight Neshaminy Interplex, Suite 215
         Trevose, PA 19053
         Telephone: 215-942-2090
         Facsimile: 215-942-8661
         E-mail: Harry@pkallc.com
         Attorney for Movant
         DATED:  July 27, 2018

15-2183

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Amanda A. Angarita, aka Amanda Arias Angarita<br><br>Debtor(s)<br><br>THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-20CB), c/o Bayview Loan Servicing, as Servicer<br><br>Movant<br>v.<br>Amanda A. Angarita, aka Amanda Arias Angarita<br>and<br>William C. Miller, Esquire<br><br>Respondents | 15-10693 REF<br><br>Chapter 13 Proceeding<br><br>Hearing Date:  08/01/2018 at 9:30am |

## CERTIFICATION OF SERVICE AND NOTICE

HARRY B. REESE, counsel for THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-20CB), c/o Bayview Loan Servicing, as Servicer, hereby certifies that a copy of the foregoing Certificate of No Response was served upon the following persons by electronic notification or regular first-class mail, postage prepaid, on July 27, 2018:

### *Served Electronically*:

Thomas L. Lightner, Esquire
4652 Hamilton Boulevard
Allentown, PA  18103
Attorney for Debtor(s)

William C. Miller, Esquire
1234 Market Street, Suite 1813
Philadelphia PA  19107
Trustee

### *Served Via 1st Class Mail:*

Amanda A. Angarita, aka Amanda Arias Angarita
701-705 Atlantic Street
Bethlehem PA  18015
Debtor

POWERS KIRN & ASSOCIATES, LLC

By: **/s/ Harry B. Reese, Esquire**
By:  Harry B. Reese
Attorney ID #      310501
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
Facsimile: 215-942-8661
E-mail: Harry@pkallc.com
Attorney for Movant
DATED:  July 27, 2018