**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Amanda A. Angarita, aka Amanda Arias Angarita<br><div align="right">Debtor</div> | 15-10693 REF |
| THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-20CB), c/o Bayview Loan Servicing, as Servicer<br><div align="right">Movant</div><br>v.<br>Amanda A. Angarita, aka Amanda Arias Angarita<br>and<br>Frederick L. Reigle, Esquire<br><div align="right">Respondents</div> | Chapter 13 Proceeding |

## ORDER

AND NOW, this        day of                    , 2018, it is hereby ORDERED that the automatic stay of 11 U.S.C. §362(a) is hereby modified to permit, THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-20CB), c/o Bayview Loan Servicing, as Servicer and/or its successors and assigns to to exercise its rights under its loan documents with regard to the  property located at 857 Willow Road, Hellertown, PA 18055 and obtain all other Relief available under the Non-Bankruptcy law.

Upon the order being granted and entered, THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-20CB), c/o Bayview Loan Servicing, as Servicer shall have the continuing authority to contact the Debtor directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further ORDERED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED, that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

BY THE COURT:

**Date: August 6, 2018**

_____

United States Bankruptcy Judge
Richard E. Fehling

Interested Parties:
Jill Manuel-Coughlin
Attorney for Movant

Thomas L. Lightner, Esquire
Attorney for Debtor

Amanda A. Angarita
Debtor

Frederick L. Reigle, Esquire
Trustee