United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-10693-ref
Amanda A. Angarita                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 1              Date Rcvd: Aug 06, 2018
                              Form ID: pdf900        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2018.
db             +Amanda A. Angarita,   701-705 Atlantic Street,   Bethlehem, PA 18015-3607
cr             +BANK OF AMERICA, N.A.,   2380 Performance Drive,   RICHARDSON, TX 75082-4333
cr             +U.S. Bank National Association,   c/o Nationstar Mortgage, LLC,   PO Box 619096,
                 Dallas, TX 75261-9096
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2018 at the address(es) listed below:
              DANIEL BRETT SULLIVAN    on behalf of Creditor    U.S. Bank National Association
               BNCmail@w-legal.com, DanS@w-legal.com
              EMMANUEL J. ARGENTIERI    on behalf of Creditor    US Bank, NA as Legal Title Trustee for Truman
               2016 SC6 Title Trust bk@rgalegal.com
              HARRY B. REESE    on behalf of Creditor    THE BANK OF NEW YORK MELLON harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.r
               aynor-paul@pkallc.com
              JILL MANUEL-COUGHLIN    on behalf of Creditor    The Bank of New York Mellon, Et Al...
               jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              JILL MANUEL-COUGHLIN    on behalf of Creditor    THE BANK OF NEW YORK MELLON jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    U.S. Bank National Association bkyefile@rasflaw.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC, et al pa-bk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              ROBERT MICHAEL KLINE    on behalf of Creditor    Christiana Trust, a Division of Wilmington Savings
                Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 5
               Pacer@squirelaw.com, rmklinelaw@aol.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS L. LIGHTNER    on behalf of Debtor Amanda A. Angarita tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
              THOMAS L. LIGHTNER    on behalf of Plaintiff Amanda A. Angarita tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 17

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Amanda A. Angarita, aka Amanda Arias Angarita<br>                                            Debtor | 15-10693 REF |
| THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-20CB), c/o Bayview Loan Servicing, as Servicer<br>                                              Movant<br>v.<br>Amanda A. Angarita, aka Amanda Arias Angarita<br>and<br>Frederick L. Reigle, Esquire<br>                                             Respondents | Chapter 13 Proceeding |

**ORDER**

AND NOW, this       day of                  , 2018, it is hereby ORDERED that the automatic stay of 11 U.S.C. §362(a) is hereby modified to permit, THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-20CB), c/o Bayview Loan Servicing, as Servicer and/or its successors and assigns to to exercise its rights under its loan documents with regard to the property located at 857 Willow Road, Hellertown, PA 18055 and obtain all other Relief available under the Non-Bankruptcy law.

Upon the order being granted and entered, THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-20CB), c/o Bayview Loan Servicing, as Servicer shall have the continuing authority to contact the Debtor directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further ORDERED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED, that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

BY THE COURT:

**Date: August 6, 2018**

_____
United States Bankruptcy Judge
Richard E. Fehling

Interested Parties:
Jill Manuel-Coughlin
Attorney for Movant

Thomas L. Lightner, Esquire
Attorney for Debtor

Amanda A. Angarita
Debtor

Frederick L. Reigle, Esquire
Trustee