IN THE UNITED STATES BANKRUPTCY COURT
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


IN RE:  AMANDA A. ANGARITA          :          CHAPTER 13
                                                          :
          DEBTOR                                 :          15-10693


**CERTIFICATE OF NO ANSWER OR OBJECTION REGARDING THE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**


        NOW, this 7th day of September, 2018, Thomas L. Lighter, Esquire, Attorney for Debtor, in the above-captioned bankruptcy proceeding, certifies as follows:

1.        On August 1, 2018, he filed an Application for Compensation and Reimbursement of Expenses, as Attorney for the Debtor.

2.        Notice was served on the Office of the Standing Chapter 13 Trustee and the U.S. Trustee and all parties in interest as previously certified on August 1, 2018.

3.        To date, he has received no answer or objection to the Application for Compensation and Reimbursement of Expenses.

        **WHEREFORE,** Thomas L. Lightner, Esquire, Attorney for Debtor, requests this Honorable Court enter the Order which was attached to the Application.


Date:  September 7, 2018                          LIGHTNER LAW OFFICES, PC


                                        BY:      /s/Thomas L. Lightner_____
                                                 THOMAS L. LIGHTNER, ESQUIRE
                                                 Counsel for Debtor
                                                 #65841
                                                 4652 Hamilton Blvd.
                                                 Allentown, PA  18103
                                                 (610) 530-9300 – phone
                                                 (610) 530-9310 – fax