# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  AMANDA A. ANGARITA        :    CHAPTER 13
                                  :
DEBTOR                            :    15-10693

## CERTIFICATE OF SERVICE

I, Susan L. Bennett, being duly sworn according to law, depose and say that I served a true and correct copy of **Amended Schedules I & J,** upon the parties listed below, by first-class mail and/or electronic notification on this 3rd day of October, 2018:

William C. Miller, Esquire
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue
PO Box 4010
Reading, PA 19606-0410

U. S. Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107

Amanda Angarita
407-409 Vine Street
Bethlehem, PA  18015

ALL CREDITORS AS THEY APPEAR ON THE CLAIMS REGISTRY AND THOSE WHOM HAVE REQUESTED NOTICE.

Dated:  October 3, 2018                    /s/ Susan L. Bennett
                                            Susan L. Bennett, Paralegal to
                                            Thomas L. Lightner, Esquire
                                            Lightner Law Offices
                                            4652 Hamilton Blvd.
                                            Allentown, PA 18103