IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  AMANDA A. ANGARITA        :        Case No. 15-10693-REF
                                  :
        Debtor                    :        Chapter 13

## PRAECIPE TO CHANGE ADDRESS

To the Clerk:

Please change the address of the above debtor to:

385 E. 16th Street
Apt. 2G
Brooklyn, New York 11226-5649

LIGHTNER LAW OFFICES, P.C.

Dated:  May 16, 2019         s/ Thomas L Lightner
                             Thomas L. Lightner, Esq.
                             Attorney for Debtor
                             4652 Hamilton Blvd.
                             Allentown, Pa 18103
                             Office: 610-530-9300