Certificate Number: 13858-PAE-DE-033114477

Bankruptcy Case Number: 15-10693



13858-PAE-DE-033114477

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 16, 2019, at 10:51 o'clock AM EDT, Amanda Angarita completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 16, 2019                    By:      /s/Victor Reyes

Name:   Victor Reyes

Title:   Counselor