```
                       United States Bankruptcy Court
                       Eastern District of Pennsylvania
In re:                                                      Case No. 15-10693-elf
Amanda A. Angarita                                          Chapter 13
         Debtor             CERTIFICATE OF NOTICE
District/off: 0313-4          User: PaulP                 Page 1 of 2                  Date Rcvd: Aug 19, 2019
                              Form ID: 138NEW             Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2019.
db             Amanda A. Angarita,    385 E. 16th Street,    Apt. 2G,   Brooklyn, NY 11226-5649
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,   Second Floor,    Reading, PA 19601-4300
cr            +BANK OF AMERICA, N.A.,    2380 Performance Drive,    RICHARDSON, TX 75082-4333
13466300       BANK OF AMERICA, N.A.,    P.O. BOX 15222,   WILMINGTON, DE 19886-5222
13584792      +Bank of America, N.A.,    P.O. Box 5170,   Simi Valley, CA 93062-5170
13847668      +Bank of America, NA,    c/o Thomas Puleo, Esq.,   KML Law Group, PC,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13577590      +Bank of America, NA,    c/o Joshua I. Goldman, Esq.,    KML Law Group PC,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13624769      +Christiana Trust, a division of Wilmington Savings,    314 S. Franklin Street,
                Titusville, PA 16354-2168
13466302     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: NATIONSTAR MORTGAGE,     350 HIGHLAND DRIVE,    LEWISVILLE, TX  75067)
13524576      +Nationstar Mortgage, LLC,    c/o LeeAne O. Huggins, Esq.,    3600 Horizon Drive, Suite 150,
                King of Prussia, PA 19406-4702
13682354      +Nationstar Mortgage, LLC,    c/o Joshua I. Goldman, Esq.,    KML Law Group, PC,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13466304       PHELAN HALLINAN & SCHMIEG, LLP,    1617 JFK BLVD., SUITE 1400,    ONE PENN CENTER PLAZA,
                PHILADELPHIA, PA  19103
13466306       ST. LUKE'S HOSPITAL,    P.O. BOX 8500, LOCKBOX NO. 8187,    PHILADELPHIA, PA  19178-8187
13466307      +TENANTS OF,   407-409 VINE STREET,    BETHLEHEM, PA 18015-1663
13466308      +TENANTS OF,   701-705 ATLANTIC STREET,    BETHLEHEM, PA 18015-3607
13633169      +The Bank of New York Mellon,    c/o Jill Mannuel-Coughlin, Esq.,
                8 Neshaminy Interplex, Suite 215,    Trevose,  PA 19053-6980
14174978      +Thomas L. Lightner, Esquire,    Lightner Law Offices, P.C.,    4652 Hamilton Blvd.,
                Allentown, PA 18103-6021
13867015      +U.S. Bank National Association,    c/o Kevin S. Frankel, Esq.,    3600 Horizon Drive, suite 150,
                King of Prussia, PA 19406-4702
13502723      +U.S. Bank National Association,    c/o Nationstar Mortgage, LLC,    PO Box 619096,
                Dallas, TX 75261-9096
13795818      +US Bank, NA as Legal Title Trustee for,    Truman 2012 SC2 Title Trust,
                c/o Rushmore Loan Management Services,    PO Box 52708,   Irvine, CA 92619-2708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 20 2019 03:19:01     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
13466301       E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 20 2019 03:19:01
                BAYVIEW LOAN SERVICING, LLC,   62516 COLLECTION CENTER DRIVE,    CHICAGO, IL  60693-5105
13470737       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 20 2019 03:18:53
                Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                Harrisburg, PA 17128-0946
13587803      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 20 2019 03:19:01
                The Bank of New York Mellon, Trustee (See B10),    c/o Bayview Loan Servicing, LLC,
                4425 Ponce De Leon Blvd. 5th Floor,    Coral Gables, Florida 33146-1837
                                                                                               TOTAL: 4

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
cr*           +U.S. Bank National Association,    c/o Nationstar Mortgage, LLC,   PO Box 619096,
                Dallas, TX 75261-9096
13466303     ##+OCWEN LOAN SERVICING,    P.O. BOX 6440,   CAROL STREAM, IL 60197-6440
13466305     ##+PROGRESSIVE PHYS. ASSOCIATES,    P.O. BOX 4338,   COLUMBUS, GA 31914-0338
                                                                                              TOTALS: 0, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0313-4          User: PaulP                  Page 2 of 2                  Date Rcvd: Aug 19, 2019
                              Form ID: 138NEW              Total Noticed: 28
```

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2019 at the address(es) listed below:
              DANIEL BRETT SULLIVAN    on behalf of Creditor   U.S. Bank National Association
               BNCmail@w-legal.com,    DanS@w-legal.com
              EMMANUEL J. ARGENTIERI    on behalf of Creditor    US Bank, NA as Legal Title Trustee for Truman
               2016 SC6 Title Trust bk@rgalegal.com
              HARRY B. REESE    on behalf of Creditor    THE BANK OF NEW YORK MELLON harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.r
               aynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    The Bank of New York Mellon, Et Al...
               jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    THE BANK OF NEW YORK MELLON jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    U.S. Bank National Association kbuttery@rascrane.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC, et al pa-bk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              ROBERT MICHAEL KLINE    on behalf of Creditor    Christiana Trust, a Division of Wilmington Savings
                Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 5
               Pacer@squirelaw.com,   rmklinelaw@aol.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS L. LIGHTNER    on behalf of Debtor Amanda A. Angarita tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
              THOMAS L. LIGHTNER    on behalf of Plaintiff Amanda A. Angarita tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 17
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Amanda A. Angarita
      Debtor(s)

Bankruptcy No: 15−10693−elf
Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

            400 Washington Street
            Suite 300
            Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                  For The Court
                                  Timothy B. McGrath
                                  Clerk of Court

Dated: 8/19/19

                                          107 − 106
                                        Form 138_new