**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : |
| | : |
| AMANDA A. ANGARITA | : |
| A/K/A AMANDA ARIAS ANGARITA | : |
| xxx-xx-6230 | :CHAPTER 13 |
|     Debtor, | :CASE NO. 15-10693/ELF |
| _____ | : |
| | : |
| U.S. Bank National Association as | : |
| Legal Title Trustee for Truman 2016 | : |
| SC6 Title Trust | : |
|     Movant, | : |
| v. | : |
| | : |
| AMANDA A. ANGARITA | : |
| | : |
|     Debtor, | : |
| And | : |
| | : |
| SCOTT WATERMAN, ESQUIRE | : |
|     Trustee | : |
| | : |
|     Respondents. | : |
| | : |
| _____ | : |

**ORDER MODIFYING §362 AUTOMATIC STAY**

Upon certification of default under the parties' prior Stipulation, the automatic stay is modified to permit the Movant to exercise its *in rem* rights under applicable nonbankruptcy law with respect to the property located at **407-409 VINE STREET, #1S, BETHLEHEM, PENNSYLVANIA 18015**. ~~Rule 4001(a)(3) is waived and this order is immediately enforceable.~~

Date: 9/4/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**