United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 15-10693-elf
Amanda A. Angarita                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: admin              Page 1 of 2              Date Rcvd: Sep 06, 2019
                             Form ID: 3180W          Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2019.
db             Amanda A. Angarita,    385 E. 16th Street,    Apt. 2G,    Brooklyn, NY 11226-5649
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14174978      +Thomas L. Lightner, Esquire,    Lightner Law Offices, P.C.,    4652 Hamilton Blvd.,
               Allentown, PA 18103-6021
13502723      +U.S. Bank National Association,    c/o Nationstar Mortgage, LLC,    PO Box 619096,
               Dallas, TX 75261-9096
13795818      +US Bank, NA as Legal Title Trustee for,    Truman 2012 SC2 Title Trust,
               c/o Rushmore Loan Management Services,    PO Box 52708,    Irvine, CA 92619-2708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 07 2019 02:45:53     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13584792      +EDI: BANKAMER.COM Sep 07 2019 06:38:00      Bank of America, N.A.,    P.O. Box 5170,
               Simi Valley, CA 93062-5170
13470737       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 07 2019 02:45:32
               Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
               Harrisburg, PA 17128-0946
13587803      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 07 2019 02:45:54
               The Bank of New York Mellon, Trustee (See B10),    c/o Bayview Loan Servicing, LLC,
               4425 Ponce De Leon Blvd. 5th Floor,    Coral Gables, Florida 33146-1837
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 08, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2019 at the address(es) listed below:
          DANIEL BRETT SULLIVAN    on behalf of Creditor    U.S. Bank National Association
           BNCmail@w-legal.com,    DanS@w-legal.com
          EMMANUEL J. ARGENTIERI    on behalf of Creditor    US Bank, NA as Legal Title Trustee for Truman
           2016 SC6 Title Trust bk@rgalegal.com
          HARRY B. REESE    on behalf of Creditor    THE BANK OF NEW YORK MELLON harry.reese@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.r
           aynor-paul@pkallc.com;amanda.rauer@pkallc.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor    The Bank of New York Mellon, Et Al...
           jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor    THE BANK OF NEW YORK MELLON jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com

```
District/off: 0313-4          User: admin              Page 2 of 2              Date Rcvd: Sep 06, 2019
                              Form ID: 3180W           Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          KEVIN M. BUTTERY   on behalf of Creditor   U.S. Bank National Association kbuttery@rascrane.com
          KEVIN S. FRANKEL   on behalf of Creditor   Nationstar Mortgage LLC, et al pa-bk@logs.com
          LEEANE O. HUGGINS   on behalf of Creditor   Nationstar Mortgage LLC, et al pabk@logs.com
          LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          ROBERT MICHAEL KLINE   on behalf of Creditor   Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 5 Pacer@squirelaw.com, rmklinelaw@aol.com
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
          THOMAS I. PULEO   on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          THOMAS L. LIGHTNER   on behalf of Debtor Amanda A. Angarita tlightner@lightnerlaw.com, sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
          THOMAS L. LIGHTNER   on behalf of Plaintiff Amanda A. Angarita tlightner@lightnerlaw.com, sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov

                                                                                                                                         TOTAL: 17

Case 15-10693-elf    Doc 113    Filed 09/08/19    Entered 09/09/19 00:47:16    Desc
Imaged Certificate of Notice    Page 2 of 4

| **Information to identify the case:** | |
|---|---|
| Debtor 1    **Amanda A. Angarita**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6230<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | |
| Case number:   **15–10693–elf** | |

# Order of Discharge                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Amanda A. Angarita
   aka Amanda Arias Angarita

<u>9/5/19</u>                                                                   **By the court:**   <u>Eric L. Frank</u>
                                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**